IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY LEE,

      Plaintiff,

  v.

JOHN E. POTTER, Postmaster
General, U.S. Postal Service,

      Defendant.
_____/

No.  CIV.S-06-0630 WBS DAD PS

ORDER

      This matter came before the court on August 4, 2006, for a Status (Pretrial Scheduling) Conference.  Plaintiff, proceeding pro se, appeared on his own behalf.  There was no appearance on behalf of defendant.

      Having considered all written materials on file in this action, and after hearing from plaintiff, for the reasons set forth on the record during the hearing, it is HEREBY ORDERED that:

      1.  The Status (Pretrial Scheduling) Conference is continued to **December 1, 2006, at 11:00 a.m.** in Courtroom 27;

1

1       2.  Within thirty (30) days of the date of this order,
2  plaintiff shall complete service of the summons and complaint on
3  defendant as required by Federal Rule of Civil Procedure 4(i) <u>and</u>
4  file proof of service with the court.
5       3.  Along with the summons and complaint, plaintiff shall
6  serve defendant with a copy of this order and the initial Order
7  Setting Status (Pretrial Scheduling) Conference filed on April 10,
8  2006.
9  DATED: August 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\lee0630.oah.080406