IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY LEE,                                No.  CIV.S-06-0630 WBS DAD PS

      Plaintiff,

  v.                                      ORDER TO SHOW CAUSE

JOHN E. POTTER, Postmaster
General, U.S. Postal Service,

      Defendant.
_____/

        This matter came before the court on December 1, 2006, for a further Status (Pretrial Scheduling) Conference.  Plaintiff, proceeding pro se, appeared on his own behalf.  There was no appearance on behalf of defendant.  Having considered all written materials on file in this action, and after hearing from plaintiff, for the reasons set forth on the record during the hearing, it appears to the court that plaintiff has likely effected service of process on defendant as required by Federal Rule of Civil Procedure 4(i).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall show cause at hearing why the Clerk of the Court should not enter defendant's default pursuant to Federal Rule of Civil Procedure 55(a);

2. The show cause hearing is set for **December 8, 2006,** at **10:00 a.m.,** in Courtroom 27 before the undersigned; and

3. The Clerk of the Court is directed to serve a copy of this order on the United States Attorney for the Eastern District of California.

DATED: December 4, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\lee0630.oah.120106

2