IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY LEE,

      Plaintiff,

  v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service,

      Defendant.
_____/

No.  CIV.S-06-0630 WBS DAD PS

ORDER

      This matter came before the court on December 8, 2006, for hearing on an order show cause why the Clerk of the Court should not enter defendant's default pursuant to Federal Rule of Civil Procedure 55(a).  Plaintiff, proceeding pro se, appeared on his own behalf. Ernest Wright appeared on behalf of defendant.  Having considered all written materials on file in this action, and after hearing from the parties, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1

1.  The order to show cause is discharged;

2.  Plaintiff is directed to complete service of process on defendant by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California in accordance with Federal Rule of Civil Procedure 4(i)(1)(A).[1]  In light of plaintiff's pro se status and diligence in pursuing this action, the court finds good cause to extend the time for service. See Fed. R. Civ. P. Rule 4(m);

---

[1] Plaintiff represented at the hearing that he intended to complete service of process immediately after the hearing.  Rule 4(i)(1)(A) provides that service upon the United States shall be effected:

> by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney ....

Fed. R. Civ. P. 4(i)(1)(A).  Thus, if a plaintiff chooses to serve process by "delivering a copy of the summons and of the complaint," such delivery can be to (1) the United States attorney for the district in which the action is brought; (2) an assistant United States attorney; or (3) a clerical employee designated by the United States attorney in a writing filed with the clerk of the court.  On the other hand, if a plaintiff chooses to serve process by "sending a copy of the summons and of the complaint by registered or certified mail," that mail must be "addressed to the civil process clerk at the office of the United States attorney."  Therefore, it would appear that plaintiff could have completed service of process at the show cause hearing by delivering a copy of the summons and of the complaint to Mr. Wright, the assistant United States attorney, although he refused to accept such service.  The court notes that this reading of Rule 4(i)(1)(A) is consistent with the unpublished case attached to defendant's supplemental briefing filed the day before the hearing.

2

1        3.   The Status (Pretrial Scheduling) Conference is
2   continued to **March 9, 2007, at 10:00 a.m.** in Courtroom 27; and
3        4.   The Clerk of the Court is directed to serve a copy of
4   this order on the United States Attorney for the Eastern District of
5   California.
6   DATED: December 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\lee0630.oah.120806