IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY LEE,

    Plaintiff,                     No. CIV S-06-0630 WBS DAD PS

    v.

JOHN E. POTTER, Postmaster        ORDER
General, U.S. Postal Service,

    Defendant.
_____/

       Prior to defendant's appearance in this action, plaintiff filed a motion for default judgment. The court ordered defendant to show cause why the Clerk should not enter his default pursuant to Federal Rule of Civil Procedure 55(a). The order to show cause was subsequently discharged, and plaintiff was directed to complete service of process on defendant. Upon completion of service, defendant filed an answer to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's November 22, 2006 motion for default judgment is now denied as moot.

DATED: March 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\lee0630.motdefault