UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

Grady Lee,

        Plaintiff,

  v.

John E. Potter, Post Master General, U.S. Postal Service,

        Defendant.

NO. CIV. S-06-630 WBS DAD

ORDER OF ASSIGNMENT

----oo0oo----

        Plaintiff, Grady Lee is proceeding pro se in this matter. Therefore, in accordance with Local Rule 72-302(c)(21), this case is hereby referred to the assigned magistrate judge, Dale A. Drozd, for all further proceedings consistent with the provisions of the rule.

        Accordingly, all currently scheduled dates in the above-captioned matter are VACATED.

        IT IS SO ORDERED.

DATED: March 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE