IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRADY LEE,

      Plaintiff,                         No. CIV S-06-0630 DAD[1]

      v.

JOHN E. POTTER, Postmaster          ORDER
General, U.S. Postal Service,

      Defendant.
_____/

        This matter came before the court on September 21, 2007, for hearing on defendant's motion for summary judgment or partial summary adjudication. Plaintiff Grady Lee, proceeding pro se, appeared on his own behalf. E. Robert Wright, Assistant United States Attorney, appeared for the defendant.

        Plaintiff stated in court that he requested appointment of counsel when he filed this case. A review of the file reveals that plaintiff's complaint concludes with a demand for jury trial and appointment of counsel. The file does not contain a motion for appointment of counsel. "An application to the court for an order shall be by motion which . . . shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought."

---

[1] Pursuant to the Order of Reassignment filed March 27, 2007 (#30), documents filed in this action shall bear case number CIV S-06-0630 DAD.

1

1  Fed. R. Civ. P. 7(b). The demand included in plaintiff's pleading does not constitute a motion
2  and does not meet the requirements of Rule 7(b). Moreover, federal district courts lack authority
3  to require counsel to represent litigants in civil cases. See <u>Mallard v. United States Dist. Court</u>,
4  490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request the voluntary
5  assistance of counsel under the statute that governs in forma pauperis status. See 28 U.S.C.
6  § 1915(e)(1); <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900
7  F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff is not proceeding in forma pauperis and has not
8  demonstrated that exceptional circumstances are present in this case. See <u>Wilborn v. Escalderon</u>,
9  789 F.2d 1328, 1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

For the reasons stated in open court and in this order, IT IS ORDERED that:

1. Plaintiff's September 18, 2007 motion for summary judgment is denied without prejudice as unsupported on its face and as noncompliant with Local Rule 56-260;

2. Plaintiff's request for appointment of counsel is denied;

3. Plaintiff is granted leave to file supplemental opposition to defendant's motion for summary judgment or partial summary adjudication; any supplemental opposition must be filed on or before November 2, 2007, must be filed with a proper proof of service, and must comply with the requirements of Local Rule 56-260(b);

4. Any reply to plaintiff's opposition and supplemental opposition shall be filed and served on or before November 26, 2007; and

5. The hearing of defendant's August 1, 2007 motion for summary judgment or partial summary adjudication is reset for November 30, 2007, at 10:00 a.m. in Courtroom 27.

DATED: September 21, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\lee0630.oah.092107